UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| | | SECTION: J(2) |
| Applies to: 12-cv-968, BELO | * | JUDGE BARBIER |
| AND | * | MAG. JUDGE WILKINSON |
| BELO Cases identified below | * | |

## J U D G M E N T

In accordance with the Order of July 9, 2019 [As to the 270 BELO Plaintiffs Represented by the Nations Law Firm and Identified in the June 4, 2019 Show Cause Order],entered in the MDL 2179 master docket (No. 10-md-2179),

IT IS ORDERED, ADJUDGED, AND DECREED that the 216 BELO cases identified below are DISMISSED WITH PREJUDICE:

| Case Number | Plaintiff |
|---|---|
| 18-10643 | Warren, Kelvin Demond |
| 18-14022 | Schulte, Joseph Charles Jr. |
| 18-10509 | Fountain, Vernon Terell |
| 18-10699 | Taite, Ruby Rocelle |
| 18-10782 | Jackson, Torey Durrell |
| 18-11396 | Lathrop, Thomas Joseph |
| 18-11410 | Motes, Jeffry Lee |
| 18-11624 | Tran, Phan Van |
| 18-11711 | Jones, Cory Thomas |
| 18-11712 | Lee, Lindsey |
| 18-11720 | Wells, Yolanda Yvette |
| 18-11721 | Williams, Erika Latressa |
| 18-12191 | Blackston, Dannie Bernard |
| 18-12305 | Clark, Donnie Lee |
| 18-12503 | Russell, Richard Lafayette |

| | |
|---|---|
| 18-13490 | McNair, Algernon Aundra |
| 18-14029 | Strickland, Ramelle Fitzgerald |
| 18-14060 | Chadwick, Charles Christopher |
| 18-14105 | Fitch, William Randolph III |
| 18-09723 | Robin, Jr., Chris Joseph |
| 18-10429 | Hickenbotham, Jerome |
| 18-10517 | McCall, Jarvis Kentrell |
| 18-10519 | Merrill, Robert Kirk |
| 18-10521 | Pham, Hiep Anh |
| 18-10562 | Danos, Brent James |
| 18-10573 | Graveley, Thomas Jesus III |
| 18-10575 | Jones, Micah Timothy |
| 18-10625 | Williams, Hasson Ha'kium |
| 18-10648 | Heath, Crystie Danielle |
| 18-10685 | Downs, Justin Blaine |
| 18-10707 | Florent Sr., EdwinTyrone |
| 18-10713 | Haley, Michael Dwain |
| 18-10743 | Dickinson, Gregory Darnell |
| 18-10773 | Hicks, Joshua Kendell |
| 18-10780 | Hooks, Roger Joseph Jr. |
| 18-10787 | King, Anthony Wayne |
| 18-10789 | Keegan, Thomas William IV |
| 18-10846 | Powell, Ronnie Aaron |
| 18-10851 | Santiny, Joshua Daniel |
| 18-10916 | Kumm, Matthias |

| | |
|---|---|
| 18-10937 | Thomas, Paul Christopher |
| 18-10975 | Barthelemy, Myron Francis |
| 18-10980 | Billiot, Corey Joseph |
| 18-10988 | Billiot, Risha Marie |
| 18-10998 | Booker, Antoine Vonche |
| 18-11001 | Smith, Rhonda Nashovia |
| 18-11004 | Spencer, Kevin Dwayne |
| 18-11005 | Wallace, Nolan Ryan |
| 18-11008 | Watkins, Carl Marshuan |
| 18-11030 | Ashcraft, Larry |
| 18-11049 | Buford, Orlando Romon |
| 18-11069 | Carbajal, Max Emiliano |
| 18-11071 | Celestin, Joshua Kindall |
| 18-11072 | Chaisson, Amber Nicole |
| 18-11076 | Coon, Toren Martel |
| 18-11183 | Diaz, Donald Lee |
| 18-11185 | Douglas, Michael |
| 18-11189 | Glamuzina, Josip Ante |
| 18-11206 | Labiche, Carl Bryant |
| 18-11207 | Sartain, Lee Edgar |
| 18-11267 | Dragobratovich, Kristofer Mark |
| 18-11270 | Hill, Jason Daniel |
| 18-11271 | Ho, Hung Van |
| 18-11272 | House, Jerome Jermaine |
| 18-11273 | Irby, Tracy Stein |
| 18-11283 | McDuff, Gary Bruce |
| 18-11288 | Melerine, Nathan James |

| | |
|---|---|
| 18-11290 | Morgan, Jr., Danny Lenroy |
| 18-11377 | Johnston, Michael Sean |
| 18-11380 | Danos, Tara Ann |
| 18-11416 | Nguyen, Christina Phuong |
| 18-11421 | Nguyen, Thoi Huu |
| 18-11422 | Nichols, Willie Dewayne |
| 18-11502 | Nix, Alfreda Juawanna |
| 18-11506 | Palmisano, Darin James |
| 18-11510 | Paternostro II, Stephen Michae |
| 18-11516 | Powell, Pleashetta |
| 18-11518 | Prejean, Dennis Joseph |
| 18-11529 | Ramond, Jeremie Charles |
| 18-11530 | Reese, Renaldo Emanuel |
| 18-11537 | Riley Jr., Carl Blake |
| 18-11597 | Buras Sr., Chad Michael |
| 18-11600 | Champagne, David John |
| 18-11610 | Stamant, Bryan Paul |
| 18-11622 | Toups Jr., Ronnie Joseph |
| 18-11623 | Tran, Dinh Ngoc |
| 18-11625 | Tran, Se Thi |
| 18-11695 | Treadaway, Alex Joseph |
| 18-11703 | Willyard Jr., Donald Rae |
| 18-11704 | Wolf, Jason Everett |
| 18-11708 | Hall, Gary Dwight |
| 18-11710 | Johnson, Lakeada Sherrel |
| 18-11713 | McDonald, Deidra D'Angela Myers |
| 18-11719 | Weaver, Gregory Darren |
| 18-11778 | Chiodo, Anthony Paul III |

| | |
|---|---|
| 18-11781 | Copeland, George |
| 18-11785 | Cotton, Yolanda Patricia |
| 18-11793 | Crocker, William Ray |
| 18-11843 | Guidry, Harris Joseph |
| 18-11847 | Hobdy, Robert John |
| 18-11856 | Johnson, Demarcus Deandre |
| 18-11857 | Jones, Jeremy Timajo |
| 18-11863 | Norwood, Jeffrey Allen |
| 18-11865 | Billiot, Ryan A |
| 18-12041 | Jordan, Kehinde Tranell |
| 18-12082 | Phimavong, Vorasing Joe |
| 18-12097 | Kinsey, Samuel Eugene |
| 18-12104 | Matthews, Walter Paul |
| 18-12166 | Alder, Keith George |
| 18-12168 | Ancar, Richard Kenneth |
| 18-12169 | Anderson, Ivory |
| 18-12193 | Ruffins, Jerome Devin |
| 18-12197 | Smith, Barry Donavan |
| 18-12206 | Tracy, Jon Richard |
| 18-12212 | Witherspoon, Demarcus James |
| 18-12303 | Carson, Kawatues Markwette |
| 18-12308 | Colston, Laneesha Anjanetta |
| 18-12315 | Talton, Stafford Dewayne |
| 18-12317 | Waite, Eleanor Noel |
| 18-12343 | Bihlear, Eddie |
| 18-12359 | Bradberry, Bobby Lynn |
| 18-12364 | Chiodo, Anthony Paul Jr. |
| 18-12478 | Brown, Iranikia Lashawn |
| 18-12480 | Cannon, Martin Houston |
| 18-12484 | Brown, Mario Catrell |
| 18-12486 | Bryant, Tony Lamar |
| 18-12487 | Butler, Eddie David |
| 18-12490 | Cotton, Oliver, Jr. |
| 18-12493 | Courtney, John Bart |
| 18-12495 | Cox, Charles Leslie |

| | |
|---|---|
| 18-12497 | Delle, Jeffery Lawrence |
| 18-12512 | Tanner, Cherrish Michelle |
| 18-12514 | Tellez, Jairo Velandia |
| 18-12680 | Gibbs, Rochelle Renne |
| 18-12683 | Griffith, Vern Allan |
| 18-12684 | Grinstead, Michael Anthony |
| 18-12686 | Helton, Jeffery Stephen |
| 18-12691 | Richardson, Angela Latongia |
| 18-12695 | Roberts, Romeo Casanova |
| 18-12745 | Hutchins, Shelton Deon |
| 18-12750 | Jackson, Joshua Derek |
| 18-12776 | Jones, Emile Carnell |
| 18-12778 | Jones, Ronald Lester Jr. |
| 18-12805 | Kates, Michael Dietrick |
| 18-12832 | Thomson, Anthony McNair |
| 18-12834 | Williams, Kimberly Denise |
| 18-13485 | Martin, Peter Maurice Jr |
| 18-13486 | Mathis, Corey Collins |
| 18-13494 | McNeeley, Larry Cheyenne |
| 18-13499 | Moore, Johnnie Earl |
| 18-13502 | Nance, Norma Jean |
| 18-13582 | Abner-Nicholson, Janice Anastasia |
| 18-13583 | Aguilar, Hector |
| 18-13587 | Ally, Ashton Anthony |
| 18-13593 | Baldwin, Stevie George, Sr. |
| 18-13621 | Porter, Rapier Ely |
| 18-13688 | Blanchard, Randolph J. IV |
| 18-13689 | Bourgeois, Joshua Demond |
| 18-13694 | Brooks, Gwendolyn Faye |
| 18-13699 | Brumfield, Clodie Ray |
| 18-13708 | Milton, Brice Quintarius |
| 18-13711 | Mitchell, Hakeem Jamal |
| 18-13712 | Mullikin, Telice Watts |
| 18-13718 | Nguyen, Hoang V. |
| 18-13749 | Reddoch, Corbett Lawrence |
| 18-13790 | Adams, James Lewis |
| 18-13799 | Chopin, Timothy Michael Sr. |
| 18-13806 | Domangue, Darrell Anthony |

| | |
|---|---|
| 18-13811 | Parker, Treko Jamal |
| 18-13818 | Pugh, Tiquilla LaShawn |
| 18-13867 | Smith, Marc Anthony |
| 18-13875 | Beck, Latiffany Marsha |
| 18-13876 | Booker, William Leonard, III |
| 18-13882 | Clausell, Jacquelynn Jones |
| 18-13883 | Cook, Marcus Lee |
| 18-13887 | Duplantis, Elias Paul |
| 18-13888 | Eugene, Kenneth |
| 18-13906 | Bivens, Eric Roderick |
| 18-13908 | Fisher, Michael Eugene |
| 18-13916 | Frye, Jeffery Alan |
| 18-13918 | Chancellor, Raymond Jr |
| 18-13961 | Harris, Paul Thomas |
| 18-13964 | Hicks, James Xavier |
| 18-13966 | Hunter, Dewayne Junior |
| 18-13968 | Johnson, Michelle Hughen |
| 18-13969 | Jones, Nathaniel |
| 18-13972 | Lambert, Ashley Shatoya |
| 18-13973 | Lee, Denorris John |
| 18-13983 | Nemeth, Crystal Lynn |
| 18-13999 | Jenkins, James Lee |
| 18-14006 | Padilla, Jessica Rose |
| 18-14007 | Payne, William Thomas |
| 18-14021 | Salter, Henry Clifton Jr. |
| 18-14030 | Tanner, Bradley Keith |
| 18-14031 | Thompson, Jerome Alonzo |
| 18-14033 | Trauth, Brent Albert |
| 18-14050 | Matthews, Jonelle Jontue |
| 18-14056 | Brown, Leon |
| 18-14058 | Campbell, Jerome Torry |
| 18-14063 | Chiasson, Randy Thomas |
| 18-14095 | Burrows, Kenneth Lamar |
| 18-14098 | Clede, Scott Aaron |
| 18-14099 | Cooper, David Lyn |
| 18-14102 | Decaylor, John Melvin |
| 18-14103 | Duplantis, Teddy Wedgir |
| 18-14104 | Fairley, Adam Lee |
| 18-14106 | Fox, Wayne Edward |
| 18-14151 | Joseph, Michael Christopher |
| 18-14152 | Gunn, Trenkiel Lamar |

7

| | |
|---|---|
| 18-14154 | Heptinstall, Leeunder Monrow Sr. |
| 18-14159 | Jackson, Andrew, III |
| 18-14161 | Lyons, Scott David |
| 18-14165 | Narcisse, Kermit Peter |
| 18-14169 | Nguyen, Huy Hoang |
| 18-14173 | Phalo, Charles Lee |
| 18-14174 | O'Sullivan, Steven Sean |

New Orleans, Louisiana, this 9th day of July, 2019.

_____
United States District Court

**Note to Clerk: File in each of the cases closed by this judgment. Do not file in 10-md-2179 or 12-968.**